# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
2000 Market Street, Suite 2300 · Philadelphia, PA 19103
(215) 575-2600 · Fax (215) 575-0856

| | |
|---|---|
| **PENNSYLVANIA** | **DELAWARE** |
| Bethlehem | Wilmington |
| Doylestown | **OHIO** |
| Erie | Cleveland |
| Harrisburg | |
| King of Prussia | **FLORIDA** |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Cherry Hill | Long Island |
| Roseland | New York City |

Direct Dial: 215-575-4554
Email: eapackel@mdwcg.com

February 27, 2013

Magistrate Judge Steven C. Mannion
United States District Court for the District of New Jersey
Martin Luther King Courthouse
Court Room MLK 4A
50 Walnut Street
Newark, NJ 07101

    **RE:**   *Stockroom Inc. v. Dydacomp Development Corp.*
            *United States District Court for the District of New Jersey No. 2:11-06220-WHW-MCA*
            *Our File No. 19302.00116*

Dear Magistrate Judge Mannion:

I represent Defendant, Dydacomp Development Corp. ("Dydacomp"), in the above-referenced matter.

Per Your Honor's January 31, 2013 Order (Document 46), a Rule 16 Conference is currently scheduled for April 22, 2013. This is to respectfully request a continuance of the Rule 16 Conference and the related matters set forth in said Order. I have conferred with all counsel in this matter and this request is unopposed.

A continuance is requested in light of the pending Motion to Dismiss filed by Dydacomp to Plaintiff's Second Amended Complaint. Said Motion seeks to dismiss all of Plaintiff's claims against Dydacomp. Depending on the Court's ruling on the pending Motion, the various claims and/or the parties remaining in this matter could change. As such, the numerous discovery issues and legal issues related to a Rule 16 Conference will potentially be significantly affected by the outcome of the pending Motion to Dismiss.

Accordingly, the parties respectfully request that the Rule 16 conference be continued until a date subsequent to the Court's ruling on the pending Motion to Dismiss.

                                                  Respectfully,

                                                  Eric A. Packel

EAP:jl
cc:    Vincent S. Verdiramo, Esquire (Via Email)
        David A. Ward, Esquire (Via Email)