# UNITED STATES DISTRICT COURT

District of New Jersey

| | |
|---|---|
| Chambers of<br>**William H. Walls**<br>District Judge<br>_____<br><br>(973) 645-2564<br>(973) 645-3436 Fax | Martin Luther King Jr.<br>Federal Courthouse<br>50 Walnut Street<br>Newark, New Jersey 07102 |

March 13, 2013

Vincent Savino Verdiramo
Verdiramo & Verdiramo
3163 Kennedy Blvd.
Jersey City, NJ 07306
(201) 798-7082

David J. Shannon
Marshall, Dennehey, Warner, Coleman & Goggin
Woodland Falls Corporate Park
200 Lake Drive East
Suite 300
Cherry Hill, NJ 08002
(856) 414-6000

Re:   *Stockroom, Inc. v. Dydacomp Development Corporation and Plug & Pay Technologies, Inc., LLC*, Civ. No. 11-6220

Dear Counsel:

      This letter requests both parties to submit additional briefing on whether the Multichannel Order Manager system qualifies as "merchandise" under the New Jersey Consumer Fraud Act. Notwithstanding the fact that Defendant Dydacomp raises this new argument for the first time in a footnote in its reply brief, it does present a definite issue.

      Defendant Dydacomp shall submit a brief within ten business days of this letter to elaborate on its argument. Plaintiff Stockroom may submit a response within business ten days of Dydacomp's submission. Briefs shall not exceed ten pages.

                                **/s/ William H. Walls**

                                  United States Senior District Judge

cc: All Counsel of Record (via ECF)